UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAMIKA K. WILLIAMS,<br><br>                Plaintiff,<br><br>        v.<br><br>UNFI GROCERS DISTRIBUTION, INC.,<br>et al.,<br><br>                Defendants. | No. 2:25-cv-3107 WBS SCR<br><br><br>ORDER |

----oo0oo----

        There being no opposition to Plaintiff's Motion to Remand (Docket No. 5), the motion is hereby GRANTED, and this case is hereby REMANDED to the Superior Court of the State of California, in and for the County of San Joaquin.

        The Clerk of this court is hereby ordered to close this case.

Dated:  February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1